UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NATALIE COBURN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BOYD GAMING CORPORATION, ) | Case No. 4:25 CV 76 RWS |
| *Operator of Ameristar Casino Resort* ) | |
| *Spa St. Charles*; AMERISTAR ) | |
| CASINO ST. CHARLES, LLC; ) | |
| ANDREW ROY CASEM; JOHN ) | |
| EDWARD STANCZAK, IV; TY ) | |
| EDWARD CLAMORS; and CITY ) | |
| OF SAINT CHARLES, MISSOURI, ) | |
| ) | |
| Defendants, ) | |

## ORDER

**IT IS HEREBY ORDERED that** Defendants City of St. Charles and Ty Edward Clamors' motion for an extension of time to file a reply brief [79] is **GRANTED**.

**IT IS FURTHER ORDERED that** Plaintiff Natalie Coburn's motion to strike Defendants' reply brief [77] is **DENIED**. Plaintiff Natalie Coburn's motion to file a surreply to Defendants' reply brief [77] is **GRANTED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 14th day of May, 2025.